FILED
2009 Jul-06 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE SIMMONS | ) | |
| | ) | |
| vs. | ) | Case No. 2:09-cv-00162-HGD |
| | ) | |
| CAPITAL ONE BANK, N.A., et al. | ) | |

**O R D E R**

On June 1, 2009, the magistrate judge's report and recommendation was entered with respect to the Motion for Partial Dismissal filed by defendant Trans Union LLC, and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge, and it is, therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Partial Dismissal filed by defendant, Trans Union LLC (Doc. #14) is due to be and hereby is

GRANTED and plaintiff's claim for equitable, declaratory or injunctive relief is DISMISSED WITH PREJUDICE.

Done this <u>6th</u> day of <u>July 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671