FILED
2011 Feb-18 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENISE SIMMONS, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 2:09-cv-00162-HGD |
| CAPITAL ONE BANK, N.A., | ) |
| Defendant | ) |

## **DISMISSAL ORDER**

Pursuant to the Joint Stipulation of Dismissal Without Prejudice filed by the parties (Doc. 55), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE, costs taxed as paid.

DONE this 18th day of February, 2011.

*/s/ Harwell G. Davis, III*
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE